1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MENAGERIE INVESTMENTS AND HOLDINGS, LLC, an Arizona limited liability corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INSTASAVE, INC., a Nevada corporation, <br><br> Defendants. | No.: 2:10-cv-01323-KJD-PAL <br><br> **DEFAULT JUDGMENT** |

Upon considering Plaintiff Menagerie Investments and Holdings, LLC's ("Plaintiff" or "MIH") Motion for Entry of Default Judgment ("Motion") and the Affidavit filed in support of same, and it appearing to the Court that Defendant InstaSave, Inc. ("Defendant" or "InstaSave") has been served with process as required by law; that said Defendant failed to appear and plead within the time allowed by law, or at all; and that the default of said Defendant was entered herein, the Court now directs that Judgment be entered in favor of Plaintiff, and against Defendant as follows:

QB\132479.00007\11584725.1

**COUNT I**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be granted in favor of Plaintiff MIH and against Defendant InstaSave as follows:

- For the Principal Sum of $271,249.99, plus accrued and accruing interest as provided under the Senior Convertible Debenture ("the Note") as alleged in the Complaint;

- MIH's attorneys' fees in the amount of $12,742 and costs in the amount of $510;

- MIH's accruing fees and costs;

- For interest on the foregoing at 9% and/or the highest rate permitted by law through the date of judgment until paid.

**COUNT II**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be granted in favor of Plaintiff MIH and against Defendant InstaSave as follows:

- For the Principal Sum of $271,249.99, plus accrued and accruing interest;

- MIH's attorneys' fees in the amount of $12,742 and costs in the amount of $510;

- MIH's accruing fees and costs;

- For interest on the foregoing at the highest rate permitted by law through the date of judgment until paid.

DATED this 17th day of ____November____, 2010.

_____
DISTRICT COURT JUDGE